IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BOBBIE LOUIS SANDFORD**                                                   **PETITIONER**

v.                                                  **Criminal No. 2:12cr63-LG-JMV-1**
                                                        **Civil Action No. 3:15cv190-LG**

**UNITED STATES OF AMERICA**                                       **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order [93] denying petitioner's [92] Motion to Alter Judgment having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     __X__    A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

     _____    A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 24th day of November, 2020.

                                              s/ *Louis Guirola, Jr.*
                                              LOUIS GUIROLA, JR.
                                              UNITED STATES DISTRICT JUDGE